THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE RIGGINS, Appellant. [930 NYS2d 913]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Angiolillo, Hall and Lott, JJ., concur.